**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                        15cr849 (JGK)

**ANTHONY OTERO,**                       <u>ORDER</u>

              Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The June 5, 2020 hearing is adjourned to July 9, 2020 at 10:30 AM.

**SO ORDERED.**

**Dated:**    New York, New York
           May 27, 2020               _____/s/ John G. Koeltl_____
                                                  John G. Koeltl
                                    United States District Judge