UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

**UNITED STATES OF AMERICA**

     - against -                           15cr849 (JGK)

**ANTHONY OTERO,**                         <u>ORDER</u>

                Defendant.
-------------------------------------

**JOHN G. KOELTL, District Judge:**

    The July 9, 2020 hearing is adjourned to August 10, 2020 at 12:00 PM.

**SO ORDERED.**

**Dated:**    New York, New York
            July 1, 2020                     /s/ John G. Koeltl
                                                    John G. Koeltl
                                      United States District Judge